IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01765-REB-MJW

STEPHANIE BARNETT,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE, and
ROY ECKERT, in his individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Appear Telephonically at the Scheduling Conference Set for August 25, 2014 (Docket No. 14) is GRANTED. Counsel for defendant is directed to call the court's chambers (303-844-2403) at the scheduled time.

(If more than one person appearing by phone, direct them to *jointly* contact the court's chambers, i.e., all be on the same conference call before they call here)

Date: August 20, 2014