**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01765-REB-MJW

STEPHANIE BARNETT,

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE, and
ROY ECKERT, in his individual capacity,

      Defendants.

---

**ORDER OF DISMISSAL AS TO
DEFENDANT, ROY ECKERT, ONLY**

---

**Blackburn, J.**

The matter is before the court on the **Notice of Dismissal Without Prejudice as to Defendant Roy Eckert Pursuant to F.R.C.P. 41 or, in The Alternative, F.R.C.P. 15** [#30][1] filed September 11, 2014.  After reviewing the notice and the record, the court has concluded that the notice should be approved, and that plaintiff's claims against defendant, Roy Eckert, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice as to Defendant Roy Eckert Pursuant to F.R.C.P. 41 or, in The Alternative, F.R.C.P. 15** [#30] filed

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

September 11, 2014, is **APPROVED**;

    2.  That plaintiff's claims defendant, Roy Eckert, are **DISMISSED WITHOUT PREJUDICE**; and

    3.  That defendant, Roy Eckert, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

    Dated September 11, 2014, at Denver, Colorado.

                                        **BY THE COURT:**

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge