**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01765-REB-MJW

STEPHANIE BARNETT,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MONTROSE,

    Defendant.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

    The matter before is **Defendant's Motion for Summary Judgment** [#50],[1] filed March 20, 2015.  I have jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 (federal question) & 1367 (supplemental jurisdiction).  Having reviewed the motion, response, and reply, and having considered the apposite arguments, authorities, and evidence presented by the parties, it is apparent that there exist genuine disputes of material fact that are not appropriate for summary resolution.

    **THEREFORE, IT IS ORDERED** that **Defendant's Motion for Summary Judgment** [#50], filed March 20, 2015, is denied.

    Dated May 12, 2015, at Denver, Colorado.

                                             **BY THE COURT:**

                                             */s/ Bob Blackburn*
                                             Robert E. Blackburn
                                             United States District Judge

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.